AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

Jay Thomas

            **Plaintiff**

V.

**Commissioner of Social Security**

            **Defendant**

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 09-3894 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**, and

☑ The clerk is directed to file the complaint, and

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

ENTER this 4th day of September, 2009

                                            _____
                                            Signature of Judicial Officer

                                            _____Katharine S. Hayden, U.S.D.J._____
                                            Name and title of Judicial Officer